IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COREY EUGENE BENTON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 16-0147-CG-B |
| | ) |
| **SGT. THERESA L. MOORE,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(R), and dated June 7, 2016, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 6th day of July, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE